DANIEL G. BOGDEN
United States Attorney
Nevada State Bar No. 2137

ELLINOR R. CODER
Special Assistant United States Attorney
160 Spear Street Suite 800
San Francisco, CA 94105
Ph: (415) 977-8955
Fax: (415) 744-0134
Email: Ellinor.Coder@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GLORIA ROGERS, | Case No.: 2:13-cv-01764-APG-VCF |
| Plaintiff, | |
| vs. | **UNOPPOSED MOTION FOR EXTENSION OF TIME** (*FIRST REQUEST*) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

   Defendant Carolyn W. Colvin, Acting Commissioner of Social Security ("Defendant"), respectfully requests that the Court extend the time for Defendant to file her response to Plaintiff's Motion for Remand, due on March 10, 2014, by 30 days, through and including April 9, 2014.  This is Defendant's first request for an extension of time.

   The instant request is not intended to cause delay and is necessary because assigned counsel has three other district court briefs due on March 10th and 11th and will perform military duty on March 7th and 8th pursuant to orders.

-1-

1   Counsel for Defendant conferred with Plaintiff's counsel on March 6th, and Plaintiff's
2   counsel responded on March 7th that Plaintiff has no opposition to this motion.
3   Respectfully submitted this 10th day of March 2014.

4                           DANIEL G. BOGDEN
                            United States Attorney

5

6                           //s// *Ellinor R. Coder*
                           ELLINOR R. CODER

7                           Special Assistant United States Attorney

8   OF COUNSEL

9   Donna L. Calvert
    Acting Regional Chief Counsel, Region IX

10   No further extension will be GRANTED.

11                           IT IS SO ORDERED:

12

13                           UNITED STATES MAGISTRATE JUDGE

14                           DATED:  3-11-2014

15

16

17

18

19

20

21

22

23

24

25

26

**CERTIFICATE OF SERVICE**

I, Ellinor R. Coder, certify that the following individual was served with a copy of the **UNOPPOSED MOTION FOR EXTENSION OF TIME** on the date and via the method of service identified below:

**CM/ECF:**

Marc V. Kalagian
Attorney at Law: 4460
211 East Ocean Boulevard, Suite 420 Long Beach, CA 90802
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.kalagian@rksslaw.com

Dated this 10th day of March 2014.

                                         //s// *Ellinor R. Coder*
                                         ELLINOR R. CODER
                                         Special Assistant United States Attorney

-3-